Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brandon L. Pang
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 9 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>ANDREW LINT,<br><br>                    Defendant. | 4:24-CR-6010-MKD<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 922(g)(1),<br>      924(a)(8)<br>      Felon in Possession of a<br>      Firearm<br><br>18 U.S.C. § 924,<br>28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

On or about April 3, 2024, in the Eastern District of Washington, the Defendant, ANDREW LINT, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Remington 870, 12-gauge shotgun, bearing serial number C224869A, which firearm had

INDICTMENT – 1

theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, ANDREW LINT, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Remington 870, 12-gauge shotgun, bearing serial number C224869A

DATED this _8_ day of May, 2024.

A TRUE BILL

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Brandon Pang_
Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 2