FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2024

SEAN F. McAVOY, CLERK

## CHARGES AND PENALTIES

**CASE NAME:** ANDREW LINT  **CASE NO.** 4:24-CR-6010-MKD-1

TOTAL # OF COUNTS: 1   ☑ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(8) | Felon in Possession of a Firearm | Not more than 15 years imprisonment; and/or a $250,000 fine; not more than three years supervised release; and a $100 special penalty assessment |
|  | 18 U.S.C. § 924, 28 U.S.C. § 2461 | Forfeiture Allegations |  |