# EXHIBIT C
## RE: ECF No. 28 –
## Appeal of Magistrate Judge Decision

USA vs. Andrew Lint
4:24-CR-6010-MKD
EXHIBIT C



June 21, 2024

To Whom it may Concern
RE: Andrew Lint

I am writing this letter regarding Andrew Lint; we have him scheduled for our Mission facility on July 2, 2024. He is scheduled to be picked up from Benton County Jail at 10:00AM. Our program runs anywhere from 30 to 45 days, this is dependent on the client and how they are responding to their treatment.

If you have any questions or concerns, feel free to contact me.


Respectfully,


Nicole Gutierrez
ABHS-Admissions

USA vs. Andrew Lint
4:24-CR-6010-MKD
EXHIBIT C