Rick Hernandez
HERNANDEZ LAW OFFICE, LLC
P.O. Box 1039
Sunnyside, WA. 98944
(509) 837-3184

Attorney for Andrew Lint

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: 4:24-CR-06010-MKD-1 |
| Plaintiff, ) | |
| ) | MOTION AND DECLARATION |
| vs. ) | TO CONTINUE PRE-TRIAL AND |
| ) | TRIAL DATES |
| ANDREW LINT, ) | |
| ) | With Oral Argument |
| ) | January 23, 2025 |
| Defendant. ) | 2:00 p.m., Richland, WA. |

COMES NOW the Defendant, Andrew Lint, by and through her attorney of record, Ricardo Hernandez, and moves this court for an order continuing the Pre-Trial Hearing date set for January 23, 2025 @ 2:00 p.m. and Jury Trial Hearing date set for February 10, 2025 @ 9:00 a.m.

This motion is based upon the court file in the instant case, and the accompanying declaration of counsel.

DATED this 17th day of January 2025.

/S/ Ricardo Hernandez
Ricardo Hernandez
WSBA #21463

MOTION AND DECLARATION TO CONTINUE
PRE-TRIAL AND TRIAL DATES                - 1 -

## DECLARATION

RICARDO HERNANDEZ, being first duly sworn upon oath, deposes and States as follows:

1. I am the attorney of record for the defendant Andrew Lint in the above matter.

2. The next Pre-Trial Hearing date is set for January 23, 2025 @ 2:00 p.m. and Jury Trial Hearing date set for February 10, 2025 @ 9:00 a.m.

3. Due to health reasons counsel needs additional time to review discovery with client.

4. Deputy Clerk provided a Trial date of May 12, 2025, and PTC of April 10, 2025 at 2:00pm.

5. Defense attorney does not anticipate any objection from the government of the defendant.

6. For the reasons stated, defense counsel would request a continuance of the current Pre-Trial hearing and trial date.

I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 17th day of January 2025

/S/ Ricardo Hernandez
Ricardo Hernandez
WSBA #21463

MOTION AND DECLARATION TO CONTINUE
PRE-TRIAL AND TRIAL DATES             -2-

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Brandon Lloyd Pang, Assistant U.S. Attorney.

/S/ Ricardo Hernandez
Ricardo Hernandez