Rick Hernandez
HERNANDEZ LAW OFFICES, LLC
P.O. Box 1039
Sunnyside, WA. 98944
(509) 837-3184

Attorney for Andrew Lint

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
NOV 19 2025
SEAN F. McAVOY, CLERK
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:24-CR-06010-MKD-1 |
| Plaintiff, | |
| vs. | MOTION TO FILE UNDER SEAL |
| ANDREW LINT, | |
| Defendant. | |

COMES NOW the Defendant, Andrew Lint, by and through his attorney of record, Ricardo Hernandez, and moves this court to file the following documents under seal: Defendant's Forensic Mental Health Evaluation.

DATED this 19th day of November 2025.

/s/ Ricardo Hernandez
Ricardo Hernandez
WSBA #21463

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I hand delivered and filed the foregoing with the Clerk of the Court at the Yakima Federal Court house. I will send notification of such filing via email to the following: Brandon Lloyd Pang, Assistant U.S. Attorney.

/s/ Ricardo Hernandez
Ricardo Hernandez
WSBA #21463